UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| CAMPAIGN FOR SOUTHERN EQUALITY; FAMILY EQUALITY COUNCIL; DONNA PHILLIPS; JANET SMITH; KATHRYN GARNER; SUSAN HROSTOWSKI; JESSICA HARBUCK; BRITTANY ROWELL; TINORA SWEETEN-LUNSFORD; and KARI LUNSFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> The MISSISSIPPI DEPARTMENT OF HUMAN SERVICES and RICHARD BERRY, in his official capacity as its Executive Director; PHIL BRYANT, in his official capacity as Governor of the State of Mississippi; JIM HOOD, in his official capacity as Mississippi Attorney General, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION <br> NO. 3:15-cv-00578-DPJ-FKB <br><br> Oral Argument Requested |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiffs Donna Phillips, Janet Smith, Kathryn Garner and Susan Hrostowski hereby move for a preliminary injunction to enjoin the enforcement of Section 93-17-3(5) of the Mississippi Code.  The grounds for this motion are set forth in the memorandum of law that has been filed in support of this motion.  The following declarations are also filed in support of this motion:  Declaration of Janet Smith; Declaration of Susan Hrostowski.

Respectfully submitted,
    Dated:  August 28, 2015

| **PAUL, WEISS, RIFKIND,**<br>  **WHARTON & GARRISON LLP** | **MCDUFF & BYRD** |
|---|---|
| By: /s/ Roberta A. Kaplan<br>   Roberta A. Kaplan*<br>    *Lead Counsel*<br>   Andrew J. Ehrlich*<br>   Joshua D. Kaye*<br>   Jacob H. Hupart*<br>   Alexia D. Koritz*<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tel:(212) 373-3000<br>Fax:  (212) 757-3990<br>rkaplan@paulweiss.com<br>aehrlich@paulweiss.com<br>jkaye@paulweiss.com<br>jhupart@paulweiss.com<br>akoritz@paulweiss.com | By: /s/ Robert B. McDuff<br>   Robert B. McDuff<br>    Bar No. 2532<br>   Sibyl C. Byrd<br>    Bar No. 100601<br>   Jacob W. Howard<br>    Bar No. 103256<br>767 North Congress Street<br>Jackson, Mississippi 39202<br>Tel: (601) 969-0802<br>Fax: (601) 969-0804<br>rbm@mcdufflaw.com<br>scb@mcdufflaw.com<br>jake@mcdufflaw.com |
| **BRAZIL & BURKE, P.A.** | **ELLIS LAW FIRM, PLLC.** |
|    Meghann K. Burke*<br>77 Central Avenue, Suite E<br>Asheville, NC 28801<br>Tel: (828) 255-5400<br>Fax: (828) 258-8972<br>meghann@brazilburkelaw.com |    Dianne Herman Ellis<br>    Bar No. 102893<br>1145 Robinson Avenue<br>Ocean Springs, Mississippi 39564<br>Tel: (228) 215-0037<br>Fax: (228) 284-1889<br>diannernjd@aol.com |

 * Admitted *pro hac vice*

*Attorneys for Plaintiffs Campaign for Southern Equality, Family Equality Council, Donna Phillips, Janet Smith, Kathryn Garner, Susan Hrostowski, Jessica Harbuck, Brittany Rowell, Tinora Sweeten-Lunsford, and Kari Lunsford.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2015, I electronically transmitted the above and foregoing document to the Clerk of the Court using the ECF system for filing and I hereby certify that I have sent via electronic mail to the following individuals who are not yet receiving documents via the ECF system in this matter:

The Mississippi Department of Human Services
Office of the Attorney General of Mississippi
Walter Sillers Building
Suite 1200
550 High Street
Jackson, MS 39201

Richard Berry, in his official capacity as Executive Director of the
    Mississippi Department of Human Services
Office of the Attorney General of Mississippi
Walter Sillers Building
Suite 1200
550 High Street
Jackson, MS

Governor Phil Bryant
Office of the Attorney General of Mississippi
Walter Sillers Building
Suite 1200
550 High Street
Jackson, MS 39201

Attorney General Jim Hood
Office of the Attorney General of Mississippi
Walter Sillers Building
Suite 1200
550 High Street
Jackson, MS 39201

By:  /s/ Roberta A. Kaplan
Roberta A. Kaplan
    Admitted *pro hac vice*
    N.Y. Bar No. 2507093
Paul, Weiss, Rifkind,
   Wharton & Garrison LLP
New York, NY 10019
Tel:  (212) 373-3000
rkaplan@paulweiss.com