# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CAMPAIGN FOR SOUTHERN EQUALITY, ET AL.**            **PLAINTIFFS**

**VS.**            **CIVIL ACTION NO. 3:15cv578-DPJ-FKB**

**The MISSISSIPPI DEPARTMENT OF HUMAN
SERVICES, ET AL.**            **DEFENDANTS**

___

## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
___

Defendants the Mississippi Department of Human Services, Richard Berry, in his official capacity as Executive Director of the Mississippi Department of Human Services, Phil Bryant, in his official capacity as Governor of the State of Mississippi, and Jim Hood, in his official capacity as Mississippi Attorney General ("defendants") move the Court to dismiss this lawsuit pursuant to Fed. R. Civ. P. 12(b)(1) and state:

1. On August 12, 2015, plaintiffs filed their Complaint for Declaratory and Injunctive Relief ("complaint") against the defendants contending Mississippi Code Section 93-17-3(5) violates the United States Constitution's Equal Protection and Due Process Clauses. [Complaint, Docket No. 1].

2. The complaint should be dismissed for lack of subject matter jurisdiction as no Article III case or controversy exists due to a lack of standing.

3. Alternatively, the complaint should be dismissed for lack of subject matter jurisdiction due to the defendants' Eleventh Amendment immunity.

4. Defendants' motion is based on the foregoing, their separately submitted Memorandum of Authorities, and the Declaration of Mark Smith, affixed hereto as Exhibit "A."

FOR THESE REASONS, and those set forth in their separate Memorandum of Authorities, defendants jointly and respectfully request that the Court enter an order dismissing the plaintiffs' Complaint for Declaratory and Injunctive Relief.

THIS the 2nd day of September, 2015.

        Respectfully submitted,

        JIM HOOD, in his official capacity
        as Mississippi Attorney General

By:    S/Justin L. Matheny
        Justin L. Matheny (Bar No. 100754)
        Office of the Attorney General
        P.O. Box 220
        Jackson, MS 39205
        Telephone: (601) 359-3680
        Facsimile: (601) 359-2003
        *jmath@ago.state.ms.us*

        *Counsel for Attorney General Jim Hood*

        AND

        MISSISSIPPI DEPARTMENT OF HUMAN
        SERVICES, RICHARD BERRY, in his official
        capacity as Executive Director of the
        Mississippi Department of Human Services,
        and PHIL BRYANT, in his official capacity as
        Governor of the State of Mississippi

By:    S/Tommy Goodwin
        Tommy Goodwin (Bar No. 100791)
        Office of the Attorney General
        P.O. Box 220
        Jackson, MS 39205
        Telephone: (601) 359-3680
        Facsimile: (601) 359-2003
        *tgood@ago.state.ms.us*

        *Counsel for MDHS, Executive Director*
        *Richard Berry, and Governor Phil Bryant*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been filed with the Clerk of Court using the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

      THIS the 2nd day of September, 2015.

                                            <u>S/Justin L. Matheny</u>
                                            Justin L. Matheny