**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CAMPAIGN FOR SOUTHERN EQUALITY, ET AL.**                    **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 3:15cv578-DPJ-FKB**

**THE MISSISSIPPI DEPARTMENT OF HUMAN**
**SERVICES, ET AL.**                              **DEFENDANTS**

**ORDER GRANTING MOTION TO CONVERT PRELIMINARY INJUNCTION ORDER**
**INTO PERMANENT INJUNCTION AND FINAL JUDGMENT**

THIS MATTER is before the Court on the Motion to Convert Preliminary Injunction Order into Permanent Injunction and Final Judgment [68] filed by Defendant John Davis, in his official capacity as Executive Director of the Mississippi Department of Human Services, and the Joinder in Support of Executive Director Davis's Motion to Convert Preliminary Injunction Order into Permanent Injunction and Final Judgment [69] filed by Plaintiffs.  The Court finds that in light of these submissions by the remaining parties and the Court's factual findings and conclusions of law established in its March 31, 2016 Order [67], there are no remaining factual or legal issues between the remaining parties to this lawsuit to be resolved, and the Motion to Convert Preliminary Injunction Order Into Permanent Injunction and Final Judgment [68] should be granted.

IT IS THEREFORE ORDERED that the Court hereby adopts all of its factual findings and legal conclusions contained in its March 31, 2016 Order [67] into this Order, and that, consistent with the Court's March 31, 2016 Order [67], the Executive Director of the Mississippi Department of Human Services is hereby permanently enjoined from enforcing Mississippi Code Section 93-17-3(5).

A separate final judgment consistent with this Order shall be issued this day.

**SO ORDERED AND ADJUDGED** this the 13th day of May, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE


Submitted by:

s/Tommy D. Goodwin
TOMMY D. GOODWIN
Counsel for Defendant John Davis,
in his Official Capacity as Executive
Director of the Mississippi Department
of Human Services